AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Rosemary Gardey  Telephone: (313) 226-9100
Task Force Officer: Angela Bunch  Telephone: (313) 202-3450

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Aaron Perry Williams

Case: 2:21−mj−30021
Assigned To : Unassigned
Assign. Date : 1/14/2021
CMP: USA v WILLIAMS (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 12, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Agent Angela Bunch, A.T.F.
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.
January 14, 2021
Date: ~~January 13, 2021~~

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angela Bunch, being sworn, depose and state the following:

## I. INTRODUCTION

1.  I am a member of the Detroit Police Department and have been for twenty-two years. Since 2013, I have been assigned to the Firearms Investigative Team with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I became a Task Force Officer with the ATF in May of 2014. I have a Bachelors of Applied Science. I have been involved in numerous investigations related to violations of federal firearm and narcotic laws.

2.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.  I am currently investigating Aaron Perry WILLIAMS, date of birth xx/xx/1983, for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

4.  I reviewed a computer printout of WILLIAMS' criminal history ("CCH"). WILLIAMS has the following convictions:

    a.   2005 - felony – controlled substance - possess; Third Circuit Court – Wayne County.

    b.   2007 - felony – weapons – possession by felon; Third Circuit Court – Wayne County.

    c.   2017 – felony – controlled substance – deliver / manufacture marijuana / synthetic equivalents; Third Circuit Court – Wayne County.

    d.   2020 – felony – controlled substance – deliver / manufacture cocaine, heroin, or another narcotic; 16th Circuit Court – Macomb County.

## II. SUMMARY OF THE INVESTIGATION

5. On December 12, 2020, at approximately 3:30 p.m., Detroit police officers were dispatched to Linnhurst and Gratiot, in the city of Detroit, to respond to a call for a person with a weapon at the dollar store. The caller described a black male wearing a black and gray "football" jacket whom he observed walking out of the store, armed with a gun, and near a tan Chevrolet Malibu.

6. Officers arrived at the intersection of Linnhurst and Gratiot and observed that a dollar store does not exist at that intersection. Officers then responded to the closest dollar store to that location which was Dollar Daze located two streets south at 13881 Gratiot.

7. Upon arriving to the location in the Dollar Daze parking lot, officers observed the described tan Malibu, unoccupied. The officers went inside the store. They observed an individual, later identified as Aaron Perry WILLIAMS, matching the description given by the 911 caller; a black male wearing a black and gray "football" jacket.

8. Officers approached WILLIAMS who was standing by the check-out counter. When they approached him, WILLIAMS grabbed a long board that was leaning against the counter, and held it against his body, and appeared to be attempting to conceal something. One of the officers asked him to place the board down, and asked him if he had any weapons on him. WILLIAMS did not answer the question, but asked the officers why they were there.

9. During the conversation, WILLIAMS eventually moved the board. It was at this time that the officers could see what appeared to be a handgun bulge in WILLIAMS' chest area. He was detained, and a pat-

down produced a handgun from the inside of his jacket in the upper left chest area.

10. The officers recovered a Glock, .22 caliber, model 44, semiautomatic handgun loaded with one live round in the chamber and a magazine with nine live rounds.

11. Officers asked WILLIAMS if he had a Concealed Pistol License (CPL) to which he responded that he did not. A search of the Law Enforcement Information Network confirmed that WILLIAMS did not have a CPL.

12. WILLIAMS was arrested for carrying a concealed weapon and transported to the Detroit Detention Center. Prior to transporting, a search incident to arrest resulted in the recovery of brass knuckles, and a pocket knife from his other jacket pocket.

13. I contacted ATF Special Agent Joshua McLean, an expert in the Interstate Nexus of firearms. Agent McLean stated that the firearm, based on the description provided, without physically examining it, was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

## III.  CONCLUSION

14. Probable cause exists that Aaron Perry WILLIAMS, a convicted felon, did knowingly and intentionally possess a firearm, which traveled in and affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

*[signature: Angela Bunch]*

Task Force Officer Angela R. Bunch
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*[signature: Elizabeth A. Stafford]*

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE